MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund**

Debtor: Ora Janet Stucki
Chapter 7 Case No. 09-40986

Please Check One:

\_ Unclaimed Dividends

X Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Von Maur<br>6565 Brady<br>Davenport, IA  52806 | 7 | $39.00 | $0.42 |
| Recovery Management Systems<br>For GE Money Bank<br>Dba American Eagle<br>25 SE 2nd Ave, Ste 1120<br>Miami, FL  33131 | 12 | $419.55 | $4.49 |
|  |  |  |  |

DATE: October 26, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179

RECEIVED 10 OCT 27 AM 9:30 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN